IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| KIRK WATSON AND MIKE HEAD, | § | |
| PLAINTIFFS, | § | |
| | § | |
| V. | § | CIVIL NO. A-14-CV-971-LY |
| | § | |
| LAW ENFORCEMENT ALLIANCE | § | |
| OF AMERICA, INC.; THE | § | |
| UNDISCLOSED CORPORATE | § | |
| CONTRIBUTOR JOHN DOES; JOHN | § | |
| DOE CONSPIRATORS, | § | |
| DEFENDANTS. | § | |

## ORDER

Before the court is the above-referenced cause. On February 23, 2015, Plaintiff's counsel contacted the court by telephone stating that the parties have reached a tentative settlement in the cause. In light of the parties' settlement,

**IT IS ORDERED** that the parties shall file a motion to dismiss or stipulation of dismissal **on or before March 27, 2015**.

SIGNED this 24th day of February, 2015.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE