IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| KIRK WATSON AND MIKE HEAD, § | |
| PLAINTIFFS, § | |
| § | |
| V. § | CIVIL NO. A-14-CV-971-LY |
| § | |
| LAW ENFORCEMENT ALLIANCE § | |
| OF AMERICA, INC.; THE § | |
| UNDISCLOSED CORPORATE § | |
| CONTRIBUTOR JOHN DOES; JOHN § | |
| DOE CONSPIRATORS, § | |
| DEFENDANTS. § | |

## FINAL JUDGMENT

Before the court is the above entitled cause of action. On April 1, 2015, the Plaintiffs and Defendant Law Enforcement Alliance of America filed a Notice of Nonsuit and Mutual Release, dismissing the action against Defendant Law Enforcement Alliance of America with prejudice (Doc. #27). Accordingly, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that Plaintiffs' remaining claims against the unserved John Doe Conspirators and the Undisclosed Corporate Contributor John Does are **DISMISSED**

**IT IS FURTHER ORDERED** that the case is hereby **CLOSED**.

SIGNED this _1st_ day of April, 2015.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE